WAIT ESTATES, INC., Appellant, v. ALDIN BUILDING Co., INC., and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Bienstock* v. *Nista*

*Construction Co., Inc.* (225 App. Div. 534). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.